## BUICE *v.* BUICE.

LITTLE, J. The evidence in the case was conflicting, and in no sense demanded the verdict which was rendered. The trial judge did not, therefore, in sustaining the certiorari, abuse the discretion with which he is invested, the result being the grant of a first new trial. *Savannah R. Co.* v. *Fennell*, 100 *Ga.* 477; *Williams* v. *Georgia R. Co.*, 103 *Ga.* 575; *Mitchell* v. *Braswell*, 105 *Ga.* 502; *Weinkle* v. *Brunswick R. Co.*, 107 *Ga.* 367; *Crapp* v. *Morris*, 108 *Ga.* 793.

*Judgment affirmed. All the Justices concurring.*

Submitted July 24, — Decided August 9, 1900.

Certiorari. Before Judge Gober. Forsyth superior court. August term, 1899.

*H. P. Bell*, for plaintiff in error. *H. L. Patterson*, contra.